

**Bellevue** Hospital Center
South Manhattan Healthcare Network

First Ave & 27th St, New York, NY 10016  tel 212.562.4141

May 1, 2015

TO:     Iva Westbrooke
        Associate Director
        Respiratory Therapy

FROM:   Shamelle A. Watkins
        Senior Associate Director
        Human Resources

Subject:   Managerial Decision (**REVISED**)

---

This is to advise you that effective immediately, your services with the Health and Hospitals' Corporation and Bellevue Hospital Center as an **Associate Director** are no longer required.

You must return any Bellevue Hospital property in your possession including your hospital identification card, keys and any electronic communication devices. You will receive all monies due you including payment for any unused annual leave and allowable sick leave. If you are currently receiving health insurance benefits through HHC you will be provided with information regarding COBRA continuing health care benefits. Any questions regarding your benefits may also be addressed with a Benefits Manager by calling (212) 562-4063 or (212) 562-8218.

Under the provisions of Corporate Operating Procedure 20-39, "Managerial Decisions Affecting Group 11 Employees' Status or Salary," you may request a review of this decision. If you elect such a review, you must submit a written request to Steven Alexander, Executive Director, Bellevue Hospital Center, 462 First Avenue, New York, NY 10016 within ten (10) workdays after receipt of this notice.

Any documents, affidavits, or written arguments that you believe should be considered concerning this action should be submitted directly to Mr. Alexander along with your request for review.

c:   S. Alexander
     W. Hicks
     K. Kerr
     H. Kritz
     B. Sepulveda
     File

New York City Health and Hospitals Corporation